*Robert Sullivan*, in support of the petition.

*Frederick W. Fawcett*, assistant state's attorney, in opposition.

Decided October 1, 1996

TOWN OF SOUTH WINDSOR *v.* SOUTH WINDSOR POLICE UNION, LOCAL 1480, COUNCIL 15, AFSCME, AFL-CIO

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 649 (AC 14347), is denied.

*Harry B. Elliott, Jr.*, in support of the petition.

*David L. Metzger*, in opposition.

Decided October 1, 1996

BERNARD LAPUK *v.* ROBERT SIMONS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 750 (AC 14371), is denied.

*Lester Katz*, in support of the petition.

*Daniel P. Scapellati*, in opposition.

Decided October 1, 1996

STATE OF CONNECTICUT *v.* ALAN M. NOKES

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 10 (AC 14355), is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *State* v. *Gerardi*, 237 Conn. 348 (1996).